## Commonwealth *v.* Dibiase, Appellant.

Argued November 10, 1970. *William C. Stillwagon,* for appellant; no oral argument was made nor brief submitted for appellee.

OPINION PER CURIAM: The district attorney being in agreement, the order of the court below is reversed and the defendant discharged.

## Commonwealth *v.* Doyle, Appellant.

Submitted November 9, 1970. *John J. Dean,* Assistant Public Defender, and *George H. Ross,* Public Defender, for appellant; *Carol Mary Los* and *J. Kent Culley,* Assistant District Attorneys, and *Robert W. Duggan,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.